--------------------------------------------------------------------------------

 TENTH COURT OF APPEALS

Chief Justice
 Tom Gray

Justice
 Rex D. Davis
 Al Scoggins

 McLennan County Courthouse
 501 Washington Avenue, Rm 415
 Waco, Texas 76701-1373
 Phone: (254) 757-5200 Fax: (254) 757-2822

 Clerk
 Sharri Roessler
 
 
 June 6, 2018
 
 

In accordance with the enclosed Opinion, below is the judgment in the numbered cause set out herein to be entered in the Minutes of this Court as of the 6[th] day of June, 2018.

10-18-00128-CV JOHN MARGETIS v. BAYVIEW LOAN SERVICING, LLC, HIGH POINTE INVESTMENTS, LLC, WILLIAM MOTE, CLAY MOTE, TEJAS TRUSTEE SERVICES, HUGHES, WATTERS, AND ASKANASE, LADD VIEN - ON APPEAL FROM THE COUNTY COURT AT LAW OF ELLIS COUNTY - TRIAL COURT NO. 16-C-3001 - DISMISSED - Opinion by Justice Scoggins:

"This cause came on to be heard on the transcript of the record, and the same being considered, because it is the opinion of this Court that the appeal should be dismissed; it is therefore ordered, adjudged and decreed that the appeal be, and hereby is, dismissed for want of jurisdiction. It is further ordered that Appellant John Margetis pay all costs in this behalf expended and that this decision be certified below for observance."